IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HI-TECH PHARMACEUTICALS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:16-CV-639-AT |
| RICHARD J. WYANT d/b/a/ | : | |
| MUSCLE LABS USA a/k/a | : | |
| ORDERLEGALSTEROIDS.COM | : | |
| a/k/a MUSCLELABSUSA.COM | : | |
| a/k/a PRIMOLABZ.COM a/k/a | : | |
| PHARMASUPPLEMENTS.COM | : | |
| a/k/a MILITANTMUSCLE.COM, | : | |
| | : | |
| Defendant, | : | |

## **ORDER**

The Court entered an order on April 19, 2017, which granted Plaintiff's motion for default judgment and scheduled a hearing on the relief to be awarded to Plaintiff for 10:30 A.M. on Monday, August 7, 2017.  The Court **DIRECTS** the Clerk to mail a copy of the Court's prior order (Doc. 17) as well as a copy of this order to Defendant at the following address:

Richard J. Wyant
7427 Eagle Trace
Boardman, Ohio 44512

**IT IS SO ORDERED** this 1st day of May, 2017.

**Amy Totenberg**
**United States District Judge**