**IN THE UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| HI-TECH PHARMACEUTICALS, INC., a Georgia corporation,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD J. WYANT d/b/a MUSCLE LABS USA a/k/a ORDERLEGALSTEROIDS.COM; JOHN DOES 1-10; and JOHN DOE ENTITIES 1-10,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:16-CV-0639-AT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY**

Comes now, Hi-Tech Pharmaceuticals, Inc. ("Hi-Tech"), Plaintiff in the above-styled action and, pursuant to this Court's Order, Doc. 17, hereby requests an extension of discovery, respectfully showing this Court as follows:

Hi-Tech has served written discovery requests upon Defendant, but received no response despite passage of the response deadline. Hi-Tech is also in the process of noticing Defendant's deposition, but does not anticipate that he will appear given his defaulted status, refusal to participate in the current case to date,

and his handwritten note to the Court. Doc. 19. Hi-Tech therefore anticipates that it will be filing a motion to compel both written discovery responses and Defendant's appearance at a deposition in the near future.

In the interim, Hi-Tech is proceeding with its investigation outside of Defendant, including subpoenas to third-parties, which Hi-Tech hopes will provide leads towards evidence of damages and other information that will aid Hi-Tech in execution of its judgment.

Given Defendant's refusal to participate in discovery and anticipated continued refusal, and the resulting delays and difficulties, Hi-Tech respectfully requests that this Court grant it an additional two months of discovery in this case. Discovery is currently set to expire on July 31, 2017, such that a two-month extension would allow for a new discovery deadline September 30, 2017. A proposed order to this effect is attached hereto.

July 15, 2017                                      Respectfully submitted,

                                                   /s/ C.L. Parker
                                                   Arthur W. Leach
                                                   Georgia Bar No. 442025
                                                   C.L. Parker
                                                   Georgia Bar No. 722011

                                                   *Counsel for Plaintiff Hi-Tech Pharmaceuticals, Inc.*

The Law Office of Arthur W. Leach
5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005
Tel: 404-786-6443
Fax: 678-624-9852
 Art@ArthurWLeach.com
CL@clparkerllc.com