IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HI-TECH PHARMACEUTICALS, INC., :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>RICHARD J. WYANT d/b/a/ :<br>MUSCLE LABS USA a/k/a :<br>ORDERLEGALSTEROIDS.COM, :<br>JOHN DOES 1-10, and JOHN DOE :<br>ENTITIES 1-10, :<br>:<br>Defendant, : | CIVIL ACTION NO.<br>1:16-CV-639-AT |

## ORDER

This matter is before the Court on Plaintiff's Motion for Extension of Discovery [Doc. 20]. Plaintiff seeks to extend the deadline for damages-related discovery through September 30, 2017, which would also push back the hearing date regarding damages. Upon review and for good cause shown, the Court **GRANTS** Plaintiff's Motion. The new discovery deadline is September 30, 2017, and the new hearing date is October 13, 2017 at 2:30pm.

**IT IS SO ORDERED** this 7th day of July, 2017.

_____
**Amy Totenberg**
**United States District Judge**