# NOTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| HI-TECH PHARMACEUTICALS, INC., a Georgia corporation,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD J. WYANT d/b/a MUSCLE LABS USA a/k/a ORDERLEGALSTEROIDS.COM; JOHN DOES 1-10; and JOHN DOE ENTITIES 1-10,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:16-cv-00639-AT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **AMENDED NOTICE OF DEPOSITION OF RICHARD J. WYANT**

TO:  Richard J. Wyant
       7427 Eagle Trace
       Boardman, Ohio 44512

PLEASE TAKE NOTICE that counsel for Hi-Tech Pharmaceuticals, Inc. will proceed to take the deposition, pursuant to Federal Rule of Civil Procedure 30, of **RICHARD J. WYANT** beginning at 10:00 A.M. (EST) on July 19, 2017 at Law Office of Arthur W. Leach, 5780 Windward Parkway, Suite 225, Alpharetta, Georgia 30005 before an officer duly authorized to administer oaths and shall be

recorded via both stenographic and videographic means and shall continue from day to day until complete.

Attached as "Exhibit A" is a list of documents the deponent is requested to bring to his deposition.

July 7, 2017

                                                *s/ Arthur W. Leach*
                                                Arthur W. Leach
                                                Ga. Bar No. 442025

The Law Office of Arthur W. Leach
5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005
Telephone: (404) 786-6443
Art@ArthurWLeach.com
*Attorney for Plaintiff Hi-Tech Pharmaceuticals, Inc.*

recorded via both stenographic and videographic means and shall continue from day to day until complete.

Attached as "Exhibit A" is a list of documents the deponent is requested to bring to his deposition.

July 7, 2017

                                        *s/ Arthur W. Leach*
                                        Arthur W. Leach
                                        Ga. Bar No. 442025

The Law Office of Arthur W. Leach
5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005
Telephone: (404) 786-6443
Art@ArthurWLeach.com
*Attorney for Plaintiff Hi-Tech Pharmaceuticals, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certified that on July 7, 2016, I served a copy of the foregoing AMENDED NOTICE OF DEPOSITION OF RICHARD J. WYANT upon all parties to this matter by depositing same in the U.S. Mail, proper postage prepaid, addressed as follows:

>Richard J. Wyant
>7427 Eagle Trace
>Boardman, Ohio 44512

July 7, 2017.

>*s/ Arthur W. Leach*
>Arthur W. Leach
>Ga. Bar No. 442025

The Law Office of Arthur W. Leach
5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005
Telephone: (404) 786-6443
Art@ArthurWLeach.com
*Attorney for Plaintiff Hi-Tech Pharmaceuticals, Inc.*

# EXHIBIT A

## DEFINITIONS AND INSTRUCTIONS

  A. **Document** - As used herein, the term "document" shall be construed broadly and expansively to include any medium upon which information is recorded, including, but not limited to, contracts, agreements, applications, forms, policies, claims, files, records, letters, correspondence, minutes, logs, memoranda, notes, ELECTRONIC EVIDENCE (as defined herein), photocopies, facsimiles, transcripts, pleadings, claims, sketches, drawings, designs, blueprints, graphs, photographs, videotapes, audiotapes, microfilm, charts, studies, tables, calculations, analyses, summaries, pricing data, other data, compilations, advertisements, fliers, mailings, brochures, notices, acknowledgments, and any draft of the foregoing, which is, or has been, at any time, in YOUR (as defined herein) control, custody or possession.

  B. **Electronic Evidence** - As used herein, the term "Electronic Evidence" shall be construed broadly and expansively to include any electronic medium upon which information is recorded, including, but not limited to, computer tapes, computer disks, computer cards, computer files, computer systems, computer databases, e-mails, floppy discs, zip discs, backup tapes, mainframes, hard drives, all computer applications and programs including, computer presentations,

PowerPoint slides, calendars, directories, diaries, application programs, data files and file fragments, word processing files and file fragments.

  C. **Communication** or **correspondence** - Shall refer to all communication, whether written or oral or by electronic means, including, but not limited to, telephone conversations, letters, memoranda, e-mails, text messages of any type, including Droid or Apple products, facsimiles, reports, interviews, statements, contracts, agreements and consultations. Whenever a request refers to conversations with others, such request also refers to communications with all persons acting on behalf of that other, including, but not limited to, employees, officers, managers, directors, parent corporations, subsidiaries, associates, consultants, investigators, secretaries, assistants, agents, brokers, claims adjusters, or attorneys.

  D. **You** or **Your** - Shall refer to Richard J. Wyant d/b/a Muscle Labs USA a/k/a OrderLegalSteroids.com any affiliates, subsidiaries, predecessors-in-interest, and/or successors-in-interest of Defendant, and to any and all parties or persons acting on behalf of one or more of these entities or persons, including, but not limited to, employees, officers, managers, directors, associates, consultants, investigators, secretaries, assistants, agents, brokers, claims adjusters, or attorneys.

  E. **Privilege** – If a privilege is claimed over any document, (as defined

above), please provide: (a) the identity of the author of the document, (b) the identity of all recipient(s) of the document, (c) the date that the document was prepared, (d) a brief description of the document, and (e) the basis upon which the privilege is claimed, including the statute, rule or decision upon which the claim of privilege is based.

F.     The terms **"and"** and **"or"** and **"and/or"** shall be construed broadly and expansively as "and/or", and shall not be construed to limit the documents or information sought in any manner.

G.     The term **"relate"** (including "relating", "related" and/or "relates") shall be construed broadly and expansively to mean consisting of, referring to, reflecting, or in any way referring to, reflecting, or being in any way legally, logically, or factually connected with the matters discussed.

H.     The term **"Defendant's Subject Products"** shall mean Defendant's DIANABOL, DIANADROL, and ANIVAR products.

## REQUESTS FOR PRODUCTION

1.     Produce all documents relating to the yearly dollar and unit volume of sales to date for each of Defendant's Subject Products.

2.     Produce all documents relating to the Defendant's payment of variable and fixed costs relating to sales of each of Defendant's Subject Products.

3. Produce all documents relating to the Defendant's gross and net profits from sales of each of Defendant's Subject Products.

4. Produce invoices reflecting any and all payments made to any manufacturer of Defendant's Subject Products since 2011.

5. Produce copies of Defendant's individual, federal and state tax returns for the years 2011 though 2016.

6. Produce copies of federal and state tax returns for any and all entities in which Defendant has an ownership interest for the years 2011 though 2016.

7. Produce copies of income statements, balance sheets, and cash flow statements for any and all entities in which Defendant has an ownership interest for the years 2011 though 2016.

8. Produce copies of monthly bank statements for each and every bank account to which Defendant has access for the months February of 2016 to present.

9. Produce copies of monthly bank statements for each and every bank account held by each and every entity in which Defendant has an ownership interest for the months February of 2016 to present.

10. Produce any and all agreements whereby Defendant has acquired an ownership interest in an entity.

11.     Produce documents reflecting the organization of any and all entities by Defendant. This Request includes, but is not limited to, documents filed with any Secretary of State, or state corporation division.

12.     Produce a copy of the deed to any and all real property owned, in whole or in part, by Defendant.

13.     Produce a copy of the deed to any and all real property owned, in whole or in part, by any entity in which Defendant has an ownership interest.

14.     Produce a copy of current mortgage statements relating to any property responsive to Requests 11 and/or 12 herein.

15.     Produce a copy of the title to any and all vehicles owned by Defendant.

16.     Produce a copy of the title to any and all vehicles owned by any entity in which Defendant has an ownership interest.

17.     Documents reflecting all financial transactions over $1,000 by Defendant within the past three (3) years. This Request includes, but is not limited to, invoices, receipts, canceled checks, certified checks, documents relating to purchases via electronic means (including purchases via eBay and Amazon).

18.     Documents reflecting all financial transactions over $1,000 by any entity in which Defendant has an ownership interest within the past three (3) years. This Request includes, but is not limited to, invoices, receipts, canceled checks,

certified checks, documents relating to purchases via electronic means (including purchases via eBay and Amazon).

19. Documents relating to any and all investments and financial trades by Defendant within the past three (3) years. This Request includes, but is not limited to, documents relating to investments or transactions in stocks, bonds, commodities, and/or precious metals.

20. Documents relating to any and all investments and financial trades by any entity in which Defendant has an ownership interest within the past three (3) years. This Request includes, but is not limited to, documents relating to investments or transactions in stocks, bonds, commodities, and/or precious metals.